962

No. 539, Misc. GALLEGOES ET AL. *v.* PATTERSON, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 544, Misc. KENNER *v.* WAYNE COUNTY PROSECUTOR ET AL. C. A. 6th Cir. Certiorari denied.

No. 549, Misc. BANAS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 560, Misc. LADUTKO *v.* GREEN, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 561, Misc. L'ITALIEN *v.* MASSACHUSETTS. Super. Ct. Mass. Certiorari denied. *David B. Kaplan* for petitioner. *John P. S. Burke* for respondent.

No. 562, Misc. WEAVER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 567, Misc. FITZGERALD *v.* OLIVER, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 568, Misc. STEVENSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 601, Misc. LEWIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Sol Zalel Rosen* for petitioner. *Acting Solicitor General Spritzer* for the United States.